# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE R. NORTON, | : | Civil No. 1:25-CV-01216 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH ADAMS, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of March, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1)  The report and recommendation, Doc. 58, is **ADOPTED**.

2)  Plaintiff's objections, Doc. 59, are **OVERRULED**.

3)  Defendants' motions to dismiss, Docs. 33, 39, & 43, are **GRANTED**.

4)  Plaintiff's second motion for preliminary injunction, Doc. 32, is **DENIED**.

5)  Plaintiff's amended complaint, Doc. 28, is **DISMISSED WITH PREJUDICE**.

6)  Plaintiff's motion to file a sur-reply, Doc. 57, is **DENIED AS MOOT**.

7)  The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania